NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER ISRAEL,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D18-1242
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____)

Opinion filed April 10, 2019

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; Donald H. Mason, Judge.

Christopher Israel, pro se.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and SILBERMAN and SMITH, JJ., Concur.